# 10-MC-0054

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 3 2010

GREGORY C. LANGHAM
                                    CLERK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 09-CV-1355 MMA (RBB) |
| Plaintiff, | **ORDER GRANTING MOTION TO APPOINT RECEIVER AND APPOINTING STEPHEN DONELL AS PERMANENT RECEIVER FOR DEFENDANTS ADVANCED MONEY MANAGEMENT, INC. AND BUSINESS DEVELOPMENT & CONSULTING CO., AND RELIEF DEFENDANTS AP PREMIUM VALUE FUND I LIMITED-LIABILITY LP; AP PREMIUM VALUE FUND II, LLC; AP PREMIUM VALUE FUND III, LLC; AP PREMIUM VALUE FUND IV, LLC; CAPITAL PARTNERSHIP GROUP, LLC; AP CAPITAL, LLC; AND REAL ESTATE INVESTMENT GROUP, LLC** |
| vs. | |
| MOISES PACHECO, ADVANCED MONEY MANAGEMENT, INC., and BUSINESS DEVELOPMENT & CONSULTING CO., | |
| Defendants, | |
| and | |
| AP PREMIUM VALUE FUND I LIMITED-LIABILITY LP; AP PREMIUM VALUE FUND II, LLC; AP PREMIUM VALUE FUND III, LLC; AP PREMIUM VALUE FUND IV, LLC; CAPITAL PARTNERSHIP GROUP, LLC; AP CAPITAL, LLC; REAL ESTATE INVESTMENT GROUP, LLC; MATTHEW LA MADRID; THE PREMIUM RETURN FUND III LIMITED-LIABILITY LP; PALLADIUM HOLDING COMPANY; DONALD E. LOPEZ; FOUR SQUARE PRODUCTIONS, INC.; and ARTURO CASTANARES, | [Doc. No. 27] |
| Relief Defendants. | |

On July 26, 2010, Plaintiff Security and Exchange Commission filed a Motion of Plaintiff Securities and Exchange Commission ("Commission") for an Order appointing an equity receiver over defendants Advanced Money Management, Inc. and Business Development & Consulting Co. and relief defendants AP Premium Value Fund I Limited-Liability LP, AP Premium Value Fund II, LLC, AP Premium Value Fund III, LLC, AP Premium Value Fund IV, LLC, Capital Partnership Group, LLC, AP Capital, LLC, and Real Estate Investment Group, LLC. (Doc. No. 27.) The motion is unopposed. The Court having considered the evidence presented in support thereof, and the files and records of this matter; and good cause appearing, the Court **ORDERS** as follows:

## I.

IT IS HEREBY ORDERED that Stephen Donell is appointed as permanent receiver for Defendants Advanced Money Management, Inc. ("AMM") and Business Development & Consulting Co. ("BD&C") and Relief Defendants AP Premium Value Fund I Limited-Liability LP ("AP PVF I"); AP Premium Value Fund II, LLC ("AP PVF II"); AP Premium Value Fund III, LLC ("AP PVF III"); AP Premium Value Fund IV, LLC ("AP PVF IV"); Capital Partnership Group, LLC ("CPG"); AP Capital, LLC ("AP Capital"); and Real Estate Investment Group, LLC ("REIG"), and their subsidiaries and affiliates, with full powers of an equity receiver, including, but not limited to, full power over all funds, assets, collateral, premises (whether owned, leased, occupied, or otherwise controlled), choses in action, books, records, papers and other property belonging to, being managed by or in the possession of or control of any of the entities in receivership and that such receiver is immediately authorized, empowered and directed:

    A.    to have access to and to collect and take custody, control, possession, and charge of all funds, assets, collateral, premises (whether owned, leased, occupied, or otherwise controlled), choses in action, books, records, papers and other real or personal property, wherever located, of or managed by any of the entities in receivership with full power to sue, foreclose, marshal, collect, receive, and take into possession all such property;

    B.    to have control of, and to be added as the sole authorized signatory for, all

accounts of the entities in receivership, and all accounts over which any of their employees or agents have signatory authority, at any bank, title company, escrow agent, financial institution or brokerage firm which has possession, custody or control of any assets or funds of any of the entities in receivership or which maintains any accounts over which any of the entities in receivership and/or any of their officers, employees or agents have signatory authority;

C.  to conduct such investigation and discovery as may be necessary to locate, account for and recover all of the assets of or managed by (and to account for and pursue recovery of the losses of) any of the entities in receivership and to engage and employ attorneys, accountants and other persons to assist in such investigation and discovery;

D.  to take such action as is necessary and appropriate to preserve and take control of and to prevent the dissipation, concealment, or disposition of any assets of or managed by any of the entities in receivership;

E.  to make an accounting, as soon as practicable, to this Court and the Commission of the assets and financial condition of the entities in receivership and the assets under their management, and to file the accounting with the Court and deliver copies thereof to all parties;

F.  to make such payments and disbursements from the funds and assets taken into custody, control and possession or thereafter received by him or her, and to incur, or authorize the making of, such agreements as may be necessary and advisable in discharging his or her duties as permanent receiver;

G.  to employ attorneys, accountants and others to investigate and, where appropriate, to institute, pursue, and prosecute all claims and causes of action of whatever kind and nature which may now or hereafter exist as a result of the activities of the entities in receivership; and

H.  to have access to, monitor, and redirect all mail (including email and facsimile) of the entities in receivership in order to review such mail which he or she deems

relates to their business and the discharging of his or her duties as permanent
receiver.

## II.

IT IS FURTHER ORDERED that defendant Moises Pacheco, the entity defendants and relief defendants that are the subject of this Order, and their subsidiaries and affiliates, and their officers, agents, servants, employees and attorneys, and any other persons who are in custody, possession or control of any assets, collateral, books, records, papers, or other property of or managed by any of them, or their subsidiaries or affiliates, shall forthwith give access to and control of such property to the permanent receiver.

## III.

IT IS FURTHER ORDERED that no officer, agent, servant, employee, or attorney of Advanced Money Management, Inc. and Business Development & Consulting Co. (the "Defendants") and relief defendants AP Premium Value Fund I Limited-Liability LP, AP Premium Value Fund II, LLC, AP Premium Value Fund III, LLC, AP Premium Value Fund IV, LLC, Capital Partnership Group, LLC, AP Capital, LLC, and Real Estate Investment Group, or their subsidiaries or affiliates shall take any action or purport to take any action, in the name of or on behalf of any of them, or any of their subsidiaries or affiliates, without the written consent of the permanent receiver or order of this Court.

## IV.

IT IS FURTHER ORDERED that, except by leave of this Court, during the pendency of this receivership, all clients, investors, trust beneficiaries, note holders, creditors, claimants, lessors, and all other persons or entities seeking relief of any kind, in law or in equity, from Advanced Money Management, Inc. and Business Development & Consulting Co. and relief defendants AP Premium Value Fund I Limited-Liability LP, AP Premium Value Fund II, LLC, AP Premium Value Fund III, LLC, AP Premium Value Fund IV, LLC, Capital Partnership Group, LLC, AP Capital, LLC, and Real Estate Investment, or their subsidiaries or affiliates, and all persons acting on behalf of any such investor, trust beneficiary, note holder, creditor, claimant, lessor, or other person, including sheriffs, marshals, servants, agents, employees, and

1   attorneys, are hereby restrained and enjoined from, directly or indirectly, with respect to any of

2   these entities:

    A.    commencing, prosecuting, continuing or enforcing any suit or proceeding (other

            than the present action by the Commission) against any of them;

    B.    using self-help or executing or issuing or causing the execution or issuance of any

            court attachment, subpoena, replevin, execution or other process for the purpose

            of impounding or taking possession of or interfering with or creating or enforcing

            a lien upon any property or property interests owned by or in the possession of

            any of the entities, wherever situated; and

    C.    doing any act or thing whatsoever to interfere with taking control, possession or

            management by the temporary receiver appointed hereunder of the property and

            assets owned, controlled or managed by or in the possession of any of the entities,

            or in any way to interfere with or harass the temporary receiver or his or her

            attorneys, accountants, employees or agents or to interfere in any manner with the

            discharge of the permanent receiver's duties and responsibilities hereunder.

**V.**

IT IS FURTHER ORDERED that Moises Pacheco, Advanced Money Management, Inc. and Business Development & Consulting Co. (the "Defendants") and relief defendants AP Premium Value Fund I Limited-Liability LP, AP Premium Value Fund II, LLC, AP Premium Value Fund III, LLC, AP Premium Value Fund IV, LLC, Capital Partnership Group, LLC, AP Capital, LLC, and Real Estate Investment, and their subsidiaries, affiliates, officers, agents, servants, employees and attorneys, shall cooperate with and assist the permanent receiver and shall take no action, directly or indirectly, to hinder, obstruct, or otherwise interfere with the permanent receiver or his or her attorneys, accountants, employees or agents, in the conduct of the temporary receiver's duties or to interfere in any manner, directly or indirectly, with the custody, possession, management, or control by the temporary receiver of the funds, assets, collateral, premises, and choses in action described above.

1

## VI.

2      IT IS FURTHER ORDERED that Moises Pacheco, Advanced Money Management, Inc.

3 and Business Development & Consulting Co. (the "Defendants") and relief defendants AP

4 Premium Value Fund I Limited-Liability LP, AP Premium Value Fund II, LLC, AP Premium

5 Value Fund III, LLC, AP Premium Value Fund IV, LLC, Capital Partnership Group, LLC, AP

6 Capital, LLC, and Real Estate Investment Group shall pay, jointly and severally, the costs, fees

7 and expenses of the permanent receiver incurred in connection with the performance of his or her

8 duties described in this Order, including the costs and expenses of those persons who may be

9 engaged or employed by the permanent receiver to assist him or her in carrying out his or her

10 duties and obligations.  All applications for costs, fees and expenses for services rendered in

11 connection with the receivership other than routine and necessary business expenses in

12 conducting the receivership, such as salaries, rent and any and all other reasonable operating

13 expenses, shall be made by application setting forth in reasonable detail the nature of the services

14 and shall be heard by the Court.

15

## VII.

16      IT IS FURTHER ORDERED that no bond shall be required in connection with the

17 appointment of the permanent receiver.  Except for an act of gross negligence, the temporary

18 receiver shall not be liable for any loss or damage incurred by any of the defendants, their

19 officers, agents, servants, employees and attorneys or any other person, by reason of any act

20 performed or omitted to be performed by the permanent receiver in connection with the

21 discharge of his or her duties and responsibilities.

22      IT IS SO ORDERED.

23 Dated: August 27, 2010

24

25      I hereby attest and certify on  8/31/10      _____
                                                     Honorable Michael M. Anello
26   That the foregoing document is a full, true and correct  United States District Judge
     copy of the original on file in my office and in my legal
27   custody.
         CLERK, U.S. DISTRICT COURT
28       SOUTHERN DISTRICT OF CALIFORNIA

     By _____ Deputy

09-CV-1355 MMA (RBB)